UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**MICHAEL JAMES HUMBERT**  Case No. **11-01614-BKC-3F7**

             **Debtor(s).**

**TRUSTEE'S MOTION FOR TURNOVER
AND NOTICE OF PRELIMINARY HEARING**

**NOTICE OF PRELIMINARY HEARING**

A hearing on the trustee's Motion for Turnover will be held before the Honorable Jerry A. Funk, in Courtroom 4D, 4th Floor, Courthouse Building, 300 North Hogan Street, Jacksonville, Florida, on **Wednesday, July 6, 2011, at 1:30 p.m.**

**1. The hearing may be continued upon announcement made in open court without further notice.**

**2. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.**

**3. Appropriate Attire. You are reminded that Local Rule 2.22(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.**

**4. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.**

## MOTION FOR TURNOVER

Pursuant to F.R.B.P. 7001, the trustee files this Motion for Turnover and says:

1. The property of the bankruptcy estate, pursuant to 11 U.S.C. §541, includes the following: **2006 Kubota Farm Tractor and 2006 Chevrolet Equinox.**

2. The property is property which the trustee may use, sell or lease pursuant to §363 of the Bankruptcy Code.

3. The trustee is entitled to a turnover of the property pursuant to §542 of the Bankruptcy Code.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the U. S. Trustee and Richard Perry, Esquire. I further certify that I mailed a copy of the foregoing Trustee's Motion for Turnover by first class mail to the following non-CM/ECF participants:

| | |
|---|---|
| Michael James Humbert<br>3302 SW 159th Avenue<br>Ocala, Florida 34481 | |
| | |

  /s/ Gregory K. Crews
**GREGORY K. CREWS**
**Attorney for Trustee**
**Florida Bar No. 172772**
**8584 Arlington Expressway**
**Jacksonville, Florida 32211**
**(904) 354-1750**